(August 18, 1993)

■ JOSEPH M. ORTIZ, Respondent, v KATHLEEN M. WAGNER et al., Constituting the Board of Elections of the City of New York, Respondents, and RAFAEL MENDEZ, Appellant. RAFAEL MENDEZ, Appellant, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. [602 NYS2d 530] —Judgment, Supreme Court, Bronx County (Fred W. Eggert, J.), entered on August 16, 1993, which granted the petition to invalidate the designating petition of the appellant, unanimously affirmed, without costs.

What Judge Eggert intended with respect to service of his order to show cause is clear from his statement on the record that he simply intended an additional alternative to service by overnight mail, and not substitution of a more restrictive type of mailing. We are satisfied that any possible ambiguity in the order has been properly resolved. Concur—Rosenberger, J. P., Wallach, Asch and Rubin, JJ.

■ In the Matter of ANDREW EATMON, Respondent, v KATHLEEN M. WAGNER et al., Constituting the Board of Elections of the City of New York, Respondents, and JOSEPH M. ORTIZ, Appellant. [602 NYS2d 530] —Judgment, Supreme Court, Bronx County (Fred W. Eggert, J.) entered on August 16, 1993, unanimously affirmed for the reasons stated by Eggert, J., in open court, without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Wallach, Asch, Rubin and Nardelli, JJ.